IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FAITH HENSON AND
DANIEL HENSON,

            Appellants,

                                                    Case No.      5D21-3188
    v.                                              LT Case No. 2021-CC-47496-X

DOYLE FRISBEE, KAI HENSON
AND EVELYN THOMPSON,

            Appellees.

_____/

Decision filed January 31, 2023

Appeal from the County Court
for Brevard County,
Michelle Vitt Baker, Judge.

Tanner Andrews, of Tanner Andrews,
P.A., Deland, for Appellants.

Geoffrey P. Golub, of Law Offices of
Geoffrey P. Golub, P.A., Melbourne,
for Appellees.

PER CURIAM.

        AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.